IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Westmoreland, Cathy

Printed: 7/22/08

Case Number: 05 B 39149
Judge: Goldgar, A. Benjamin
Filed: 9/21/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 10, 2008
Confirmed: November 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,922.00 |  |
| Secured: |  | 4,807.18 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 414.82 |
| Other Funds: |  | 0.00 |
| Totals: | 7,922.00 | 7,922.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Rent A Center | Secured | 200.00 | 0.00 |
| 3. | Numark Credit Union | Secured | 13,438.21 | 4,807.18 |
| 4. | Asset Acceptance | Unsecured | 176.23 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 26.84 | 0.00 |
| 6. | RJM Acquisitions LLC | Unsecured | 14.63 | 0.00 |
| 7. | Numark Credit Union | Unsecured | 524.13 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 40.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 81.00 | 0.00 |
| 10. | Arrow Financial Services | Unsecured | 33.59 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | Sprint | Unsecured |  | No Claim Filed |
| 15. | SBC | Unsecured |  | No Claim Filed |
| 16. | Wide Open West | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,234.63 | $ 7,507.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 128.14 |
| 5% | 50.61 |
| 4.8% | 89.38 |
| 5.4% | 146.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Westmoreland, Cathy | Case Number: 05 B 39149 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/22/08 | Filed: 9/21/05 |

_____
$ 414.82

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

